Filed Jan. 24, 1888.

---

No. 12,502.

RACER ET AL. v. BAKER ET AL.

PRACTICE.—*Mode of Conducting Trial.—Admission and Exclusion of Evidence. —Motion for New Trial.*—In order to present questions arising on the mode of conducting the trial, and in admitting and excluding evidence, a motion for a new trial must be filed.

From the Blackford Circuit Court.

*R. S. Gregory, A. C. Silverburg, W. A. Bonham* and *J. A. Bonham,* for appellants.

*W. H. Carroll, E. Pierce, A. Steele* and *R. T. St. John,* for appellees.

ELLIOTT, J.—The appellees petitioned for the construction of a ditch, and the appellants opposed by a remonstrance. Two questions are here discussed by appellants' counsel, but these questions are not properly presented for our consideration, as there was no motion for a new trial.

It is settled, that in order to present questions arising on the mode of conducting the trial and in admitting and excluding evidence, a motion for a new trial must be filed in the court below. *Neff* v. *Reed,* 98 Ind. 341; *Meranda* v. *Spurlin,* 100 Ind. 380; *Crume* v. *Wilson,* 104 Ind. 583; *Bass* v. *Elliott,* 105 Ind. 517.

The provisions of the civil code apply to all cases where issues are formed and tried, except where the special statute expressly or impliedly otherwise provides. *Robertson* v. *State, ex rel.,* 109 Ind. 79 (87); *Hutchinson* v. *Trauerman,* 112 Ind. 21.

Judgment affirmed.

Filed Dec. 1, 1887; petition for a rehearing overruled Jan. 26, 1888.